924

**Murray WITCHER, Plaintiff—Appellant,**

v.

**Joseph W. WESTPHAL, Defendant—Appellee,**

and

**Louis Caldera, United States Department of the Army, Defendant.**

No. 04–1518.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 27, 2004.

Decided: Nov. 15, 2004.

Murray Witcher, Appellant pro se.

Neil Ray White, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Murray Witcher appeals the district court's order granting summary judgment in his employer's favor in this employment discrimination action. We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. *See Witcher v. Westphal,* No. CA–00–2676–RDB (D. Md. filed Mar. 22, 2004 & entered Mar. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*